IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-02161-WYD-CBS

SHERRY WOOD,

    Plaintiff,

v.

DR. BRETT VALETTE, INC., d/b/a COLORADO PSYCHOLOGICAL CONSULTANTS and/or COLORADO PSYCHOLOGICAL CONSULTANTS, INC.,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulated Motion to Dismiss with Prejudice (filed February 8, 2008). After a careful review of the motion and the file, I conclude that the motion should be granted and the case dismissed. Accordingly, it is

ORDERED that the Stipulated Motion to Dismiss with Prejudice is **GRANTED** and this matter is **DISMISSED WITH PREJUDICE**, each side to bear his, her or its own attorney fees and costs.

    Dated: February 8, 2008

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      U. S. District Judge